**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JOSEPH CALVO, and
MARIA MIRAMONTES,
individuals,                                                    Case No.: 1:14-cv-23627-JLK

                   Plaintiffs,
v.

APPLE LEISURE GROUP
d/b/a AMResorts, LLC
a/k/a Unlimited Vacation Club,
a foreign profit corporation,
GBS INTERNATIONAL, INC.,
a domestic for-profit corporation,
BARCLAYS BANK DELAWARE,
d/b/a RCIR ELITE REWARDS
WORLD MASTERCARD,
a foreign profit corporation,

                   Defendants.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COME NOW**, Plaintiffs, JOSEPH CALVO and MARIA MIRAMONTES (hereinafter, collectively, "Plaintiffs"), by and through the undersigned counsel, and hereby file this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiffs' settlement with BARCLAYS BANK DELAWARE, d/b/a RCIR ELITE REWARDS ("Defendant"), Plaintiffs state as follows:

1.      A confidential settlement has been reached between Plaintiffs and Defendant in the above-styled case.

2.      Plaintiffs' claims are being dismissed with prejudice.

3.      The Parties shall bear their own attorney's fees and costs.

4.      To the extent this Court treats the foregoing as a Motion, pursuant to Southern District of Florida Local Rule 7.1(a)(3), the undersigned certifies that he has consulted with the office of Defendant's counsel, and Defendant's counsel has no objection to the relief sought.

Submitted this 17th day of June 2015.


Respectfully submitted,

**LEAVENLAW**

/s/  *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 0010167**
**Aaron M. Swift, Esq., FBN 93088**
**Gregory H. Lercher, Esq. FBN 106991**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone:  (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* has been furnished either electronically or by U.S. Mail this 17th day of June 2015 to:

Bradley Gross, Esq.
Law Office of Bradley Gross, PA
2645 Executive Park Drive, Suite 119
Weston, FL 33331
brad@bradleygross.com
*Attorney for Defendant*
*GBS International, Inc.*

Brian M. Ercole, Esq.
David C. Behar, Esq.
Morgan Lewis & Bockius LLP
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131
bercole@morganlewis.com
dbehar@morganlewis.com
*Attorneys for Defendant*
*AMResorts, LLC*

Jordan Yu, Esq.
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
jyu@yumollp.com
*Attorneys for Defendant Barclays Bank Delaware*

/s/ *Aaron M. Swift*
Attorney