UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23627-CV-KING

JOSEPH CALVO, MARIA MIRAMONTES, *individual*,

    Plaintiffs,

v.

APPLE LEISURE GROUP, *a foreign profit corporation doing business as AMResorts, LLC, also known as Unlimited Vacation Club*, GBS INTERNATIONAL, INC., *a domestic for-profit corporation*, BARCLAYS BANK DELAWARE, *a foreign profit corporation doing business as RCIR Elite Rewards World Mastercard*,

    Defendants.
_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the court upon the Notice of Settlement (D.E. #29), filed on January 27, 2015; and Notice of Settlement and Dismissal With Prejudice (D.E. #39) filed June 17, 2015. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.    The above-styled case is hereby **DISMISSED**. The Court shall retain jurisdiction to enforce the terms of the agreement.

2.    All unresolved pending motions in this case are hereby DENIED as moot.

    3.    The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Key West, Florida, this 18th day of June, 2015.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*

**Ian Richard Leavengood**
Leavengood, Nash, Dauval & Boyle, PA
3900 First Street North
Suite 100
St. Petersburg, FL 33703
(727) 327-3328
Fax: (727) 327-3305
Email: ileavengood@leavenlaw.com

**Aaron M Swift**
Leavengood, Dauval, Boyle & Meyer, PA
3900 First Street North
Suite 100
St. Petersburg, FL 33703
(727) 327-3328
Fax: (727) 327-3305
Email: aswift@leavenlaw.com


*Counsel for Defendant:*

**Brian Michael Ercole**
Morgan Lewis , Bockius
200 South Biscayne Blvd
Suite 5300
Miami, FL 33131
305-415-3416
Fax: 325-415-3001
Email: bercole@morganlewis.com

**David C Behar**
200 South Biscayne Blvd
Miami, FL 33131
(305) 415-3405
Email: dbehar@morganlewis.com

**Bradley Joseph Gross**
Law Office of Bradley Gross, P.A.
2645 executive park drive
suite 119
Weston, FL 33331
United Sta
954-217-6225
Fax: 954-252-4435
Email: brad@bradleygross.com

**Armando Pedro Rubio**
COLE, SCOTT & KISSANE, P.A.
Dadeland Centre II
9150 South Dadeland Boulevard
Suite 1400
Miami, FL 33156
305-350-5300
Fax: 305-373-2294
Email: armando.rubio@csklegal.com